**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **EDUARDO ISIDRO ALVARADO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-393-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  On February 18, 2026, the Court granted in part Eduardo Isidro Alvarado's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  Feb. 18, 2026, Order 6, ECF No. 6.  Respondents were required to do so by February 25.  *Id.*

Instead, Respondents have filed an Advisory and Motion for Reconsideration ("Motion"), ECF No. 8, asking that "the Court to reconsider its ruling, both as to the petition on its merits and the requirement for a bond hearing or to release Petitioner from custody, in light of newly discovered facts."  *Id.* at 1.  Respondents state that "[a]fter the Court entered the order, Respondents discovered [that] Petitioner is subject to a final order of removal entered on September 2, 2010."  *Id.*  Thus, Respondents argue that the Court's Order "should be reconsidered, stayed, or vacated as its continued validity is directly impacted by the new facts."  *Id.*  Respondents attach copies of the removal paperwork from 2010, though the name on that

paperwork appears to only partly match Petitioner's name, as it is stated on this Petition.  *See* Mot. Exs. A, B, ECF Nos. 8-1, 8-2.

Isidro Alvarado filed a Response, ECF No. 9, in which he argues that reconsideration is improper but fails to engage with the factual contention that he is subject to a final order of removal.

Accordingly, the Court **ORDERS** that Isidro Alvarado shall **FILE** an updated response to Respondents' Motion, stating whether he is in fact subject to a final order of removal, and, if so, whether this warrants reconsideration of the Court's February 18, 2026, Order, by **no later than March 5, 2026**.

**IT IS FURTHER ORDERED** that the Court's February 18, 2026, Order, and all instructions and deadlines therein are **STAYED** pending resolution of Respondents' Motion.

**SO ORDERED**.

**SIGNED this 26th day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE