IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EDUARDO ISIDRO ALVARADO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-393-KC |
| | § | |
| KRISTI NOEM et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the case. On February 25, 2026, Respondents filed an Advisory and Motion for Reconsideration ("Motion"), ECF No. 8. Respondents argued that the Court should reconsider its February 18, 2026, Order granting in part Isidro Alvarado's Petition for a Writ of Habeas Corpus because, "Respondents [subsequently] discovered [that] Petitioner is subject to a final order of removal entered on September 2, 2010." *Id.* at 1. The following day, the Court ordered Isidro Alvarado to file a response to the Motion, "stating whether he is in fact subject to a final order of removal, and, if so, whether this warrants reconsideration." Feb. 26, 2026, Order 2, ECF No. 10. The Court noted that the name on the 2010 removal paperwork attached by Respondents only partly matched Petitioner's name, as stated on the Petition. *Id.*

In response, Isidro Alvarado asserts that he was given voluntary departure in 2010 but was not ordered removed and thus is not subject to a final order of removal. *See* Resp. 2, ECF No. 11. He states that "he has never used any alias in his life, and he never used the name 'Misael Agular-Gutierrez', and his name is not hyphenated." *Id.* In further support, he points to the fact that the 2010 removal paperwork reflects departure by plane in Arizona, but "he was never deported at an airport." *Id.*

Also attached to Isidro Alvarado's Response is a screenshot of his automated case information which includes his A-number. *See id.* Ex. A ("Case Information"), ECF No. 11-1. The Court, however, is unable to compare Isidro Alvarado's A-number to the A-number on the 2010 removal paperwork because Respondents have redacted that information. *See* Mot. Exs. A, B ("Removal Paperwork"), ECF Nos. 8-1, 8-2.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a supplemental brief stating whether Isidro Alvarado's A-number matches the A-number on the 2010 removal paperwork, and providing any other information to explain their belief that Isidro Alvarado is the person subject to the 2010 removal order, by **no later than March 13, 2026**.

**SO ORDERED**.

**SIGNED this 6th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE