**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **EDUARDO ISIDRO ALVARADO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-393-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER SETTING HEARING**

On this day, the Court considered the case. On February 18, 2026, the Court granted in part Eduardo Isidro Alvarado's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 18, 2026, Order 6, ECF No. 6. Respondents were required to do so by February 25. *Id.*

Instead, Respondents filed an Advisory and Motion for Reconsideration ("Motion"), ECF No. 8. Respondents argued that the Court should reconsider its February 18, 2026, Order granting in part the Petition because, "Respondents [subsequently] discovered [that] Petitioner is subject to a final order of removal entered on September 2, 2010." *Id.* at 1. The following day, the Court ordered Isidro Alvarado to file a response to the Motion, "stating whether he is in fact subject to a final order of removal, and, if so, whether this warrants reconsideration." Feb. 26, 2026, Order 2, ECF No. 10. The Court noted that the name on the 2010 removal paperwork attached by Respondents only partly matched Petitioner's name, as stated on the Petition. *Id.*

In response, Isidro Alvarado's counsel provided that he was given voluntary departure in 2010 but was not ordered removed and thus is not subject to a final order of removal.  *See* Resp. 2, ECF No. 11.  According to Isidro Alvarado, "he has never used any alias in his life, and he never used the name 'Misael Aguilar-Gutierrez', and his name is not hyphenated."  *Id.*  In further support, he pointed to the fact that the 2010 removal paperwork reflects departure by plane in Arizona, but "he was never deported at an airport."  *Id.*

Because the Court was unable to compare Isidro Alvarado's A-number to the A-number on the 2010 removal paperwork, which Respondents redacted, the Court ordered Respondents to file a supplemental brief stating whether the A-numbers match and providing any other information to explain their belief that Isidro Alvarado is the person subject to the 2010 removal order.  Mar. 6, 2026, Order 2, ECF No. 13.

Respondents have now filed a Supplemental Brief, ECF No. 14, in which they "confirm that the Petitioner is the same person subject to the final order of deportation and removal."  In support, Respondents attach the Declaration of Supervisory Detention and Deportation Officer Ricardo J. Hernandez ("Hernandez Decl."), ECF No. 14-1.  Hernandez states that Isidro Alvarado first entered the country in 2004, was subsequently apprehended, and placed in removal proceedings in March 2010 under a fictitious name, Eduardo Isidro-Agustin.  *Id.* ¶ 6. He was granted voluntary departure and departed on May 6, 2010.  *Id.* ¶¶ 7–8.  According to Hernandez, Isidro Alvarado returned and, on August 29, 2010, was apprehended and identified himself as Misael Aguilar-Gutierrez.  *Id.* ¶ 9.  His fingerprints and photograph were then entered into a records checks system and revealed that they matched those of Eduardo Isidro-Agustin. *Id.*  When confronted with this, Isidro Alvardo admitted that he had given the false name of Misael Aguilar-Gutierrez.  *Id.*  He was then removed on September 17, 2010, to Guatemala,

under the name of Eduardo Isidro-Agustin via an "ICE Air charter flight." *Id.* ¶ 10. At some point thereafter, Isidro Alvarado re-entered the United States. *Id.* ¶ 11. On January 10, 2026, he was encountered by immigration authorities and "stated that his true name was Isidro-Alvarado, Eduardo." *Id.* ¶ 12. He was then processed under the reinstated removal order from 2010. *Id.*

According to Hernandez, "ICE ERO crosschecked multiple databases" and "it is conclusive that Isidro-Alvarado, Eduardo, (aka Isidro-Agustin, Eduardo) and (aka Misael Aguilar Gutierrez) are the same person." *Id.* ¶ 13. "ICE ERO fingerprinting databases yield matches for the same person at both 2010 and 2026 encounters as well." *Id.*

In sum, Respondents claim that Isidro Alvarado was previously removed, under a fictitious name, to Guatemala via plane, and that his 2010 removal order has been reinstated. Isidro Alvarado, however, claims that he was granted voluntary departure in 2010, not issued a removal order, he has never been deported from the country at an airport, and he has never used any alias.

Accordingly, the Court **ORDERS** that the case is **SET** for a **HEARING** on **Monday, April 20, 2026, at 1:00 p.m.** in Courtroom 522, United States Courthouse, 525 Magoffin Ave., El Paso, Texas 79901. The parties' attorneys should come to the hearing prepared to discuss the merits of Respondents' Motion for Reconsideration and present evidence supporting their respective positions. **Respondents must make all necessary arrangements for Petitioner's presence at the hearing.** *See* 28 U.S.C. § 2243 ("[T]he person to whom the writ is directed shall be required to produce at the hearing the body of the person detained.").

**The Court notes that Petitioner's Response, ECF No. 11, does not include a sworn affidavit or declaration from Petitioner and thus CAUTIONS Petitioner's counsel that she must present evidence in support of Petitioner's position at the hearing**. **Petitioner should**

3

**thus be prepared to provide sworn testimony of the assertions he has made, through**

**counsel, in his filings to the Court**.

IT IS FURTHER ORDERED that, if, upon review of Respondents' Supplemental

Brief, Petitioner no longer disputes that he is subject to the 2010 removal order and, thus, a

hearing is no longer necessary, Petitioner shall immediately **FILE** written notice to inform the

Court.

SO ORDERED.

SIGNED this 17th day of March, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

4