# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **EDUARDO ISIDRO ALVARADO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-393-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On February 9, 2026, Eduardo Isidro Alvarado filed a Petition for a Writ of Habeas Corpus, ECF No. 1, challenging his detention as unlawful and asking the Court to order his release or a bond hearing.  On March 27, the Court ordered Respondents to provide a status report by June 20, detailing whether Isidro Alvarado had been removed to Guatemala, and if not, the concrete steps taken to effectuate his removal, and the anticipated timeline for his removal.  *See* Mar. 27, 2026, Order 4, ECF No. 17.

On June 18, Respondents filed a Response, ECF No. 18, informing the Court that Isidro Alvarado was removed from the United States on March 16.  *See id.* Ex. A ("Removal Documents."), ECF No. 18-1.

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot.  *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)).  Because Isidro Alvarado has now been removed, and thus released from custody, the Petition is moot.  *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 24th day of June, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE